1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   Hallie M. Hoffman  (210020)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: hallie.hoffman@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )    No. CR 13-248 WHA
14                                      )
              Plaintiff,                )
15                                      )    [PROPOSED] ORDER EXCLUDING
          v.                            )    TIME FROM JUNE 4, 2013 TO JULY 9,
16                                      )    2013
    PATRICIA BONAVITO,                  )
17                                      )
              Defendant.                )
18   _____)

19

20          The defendant, Patricia Bonavito, represented by Candis Mitchell, AFPD, and the

21   government, represented by Hallie M. Hoffman, Assistant United States Attorney, appeared

22   before the Court for a status conference in the above captioned matter on June 4, 2013.   At the

23   hearing, the defense represented that additional time is needed to review discovery with the

24   defendant and pursue discussions about potential resolution of the case.  The matter was

25   continued to July 9, 2013 at 2 pm for either the setting of a trial date or a change of plea hearing.

26   Parties request that time be excluded under the Speedy Trial Act between June 4, 2013 and July

27   9, 2013.

28          Based upon the representation of counsel and for good cause shown, the Court finds that

    failing to exclude the time June 4, 2013 and July 9, 2013 would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 4, 2013 and July 9, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 4, 2013 and July 9, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED: _____June 5, 2013._____

_____
WILLIAM H. ALSUP
United States District Judge