MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HALLIE M. HOFFMAN  (210020)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hallie.hoffman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-248 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM JULY 9, 2013 TO AUGUST 20, 2013 |
| PATRICIA BONAVITO, | ) | |
| Defendant. | ) | |

     The defendant, Patricia Bonavito, represented by Candis Mitchell, AFPD, and the government, represented by Hallie M. Hoffman, Assistant United States Attorney, appeared before the Court for a status conference in the above captioned matter on July 9, 2013.  At the hearing, the defense represented that additional time is needed to review a plea agreement with the defendant and discuss potential resolution of the case.  The matter was continued to August 20, 2013 at 2 pm for a change of plea hearing. Parties request that time be excluded under the Speedy Trial Act between July 9, 2013 and August 20, 2013.

     Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time July 9, 2013 and August 20, 2013 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18

-2-

1 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
2 the time between July 9, 2013 and August 20, 2013 from computation under the Speedy Trial
3 Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
4 HEREBY ORDERED that the time between June 4, 2013 and July 9, 2013 shall be excluded
5 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8 DATED:   July 11, 2013.

_____
WILLIAM H. ALSUP
United States District Judge

ORDER EXLUDING TIME
Case No. CR 13-248 WHA                -2-